# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN SUE SPERLING, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-CV-101-JED-TLW |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

The Court has entered an Opinion and Order (Doc. 54) granting summary judgment in favor of the defendant, CSAA Fire & Casualty Insurance Company, on plaintiff's claims. Judgment for the defendant and against the plaintiff is hereby entered pursuant to that Opinion and Order.

DATED this 26th day of July, 2017.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE